# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | **Case No.:** 04-35063-dof |
| Omar Odette and Victoria Arteaga | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Linden Lumber | 38 | 65 | Unsecured | 700921 | $25.02 |

Dated: February 3, 2010

                                                                /s/Carl L. Bekofske
                                                         Carl L. Bekofske,
                                                         Standing Chapter 13 Trustee
                                                         510 W. Court Street
                                                         Flint, MI 48503
                                                         Telephone: (810) 238-4675
                                                         Fax: (810) 238-4712
                                                         Email: ECF@flint13.com
                                                         P10645